FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Transunion Intelligence LLC　v.　Search America, Inc.

No. 14-1329

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for:　Search America, Inc.
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☐ Cross Appellant
☐ Appellant　☑ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

Name: John F. Murphy
Law firm: BakerHostetler LLP
Address: Cira Centre, 12th Floor, 2929 Arch Street
City, State and ZIP: Philadelphia, PA  19104-2891
Telephone: 215-568-3100
Fax #: 215-568-3439
E-mail address: johnmurphy@bakerlaw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/04/2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

06/19/2014　　　　　　　　　　　/s/ John F. Murphy
　　Date　　　　　　　　　　　Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 06/19/2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| John F. Murphy | /s/ John F. Murphy |
| Name of Counsel | Signature of Counsel |

Law Firm: BakerHostetler LLP
Address: Cira Centre, 12th Floor, 2929 Arch Street
City, State, ZIP: Philadelphia, PA  19104-2891
Telephone Number: 215-568-3100
FAX Number: 215-568-3439
E-mail Address: johnmurphy@bakerlaw.com

johnmurphy@bakerlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.