# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 2014-1329

### TRANSUNION INTELLIGENCE LLC, TRANS UNION, LLC,

*Plaintiffs – Appellants*,

v.

### SEARCH AMERICA, INC.,

*Defendant – Appellee*.

**APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA IN CASE NO. 0:11-CV-01075-PJS-FLN, JUDGE PATRICK J. SCHILTZ.**

## NOTICE OF CORRECTION

Appellant Transunion Intelligence LLC and Trans Union LLC filed their Reply Brief of Appellants on August 4, 2014. The submission states "more than two years earlier" when it should state "more than one year earlier." A Corrected Brief of Appellant is therefore being filed electronically with the Clerk of the Court. Upon acceptance by the Clerk of the Court, the correction will be made to the copies on file in the Clerk's Office. No other changes are being made to the Brief other than the correction described above.

Dated: August 6, 2014

        Submitted,

        **JACKSON WALKER LLP**

By:   /s/ Glen M. Boudreaux
       Glen M. Boudreaux
       Texas Bar No. 02696500
       Crystal J. Parker
       Texas Bar No. 24051432
       1401 McKinney, Ste. 1900
       Houston, TX  77010
       Telephone:  (713) 752-4200
       Fax:  (713) 752-4221
       gboudreaux@jw.com
       cparker@jw.com

       **ADOLPH LOCKLAR**
       Michael Locklar
       Texas Bar No. 24010194
       4615 Southwest Freeway Suite 630
       Houston, TX 77027
       Telephone: (832) 830-8945
       Fax: (832) 830-8958
       locklar@al-ip.com

       **Loeb & Loeb**
       David L Newman
       Illinois State Bar No.6210912
       321 North Clark Street, Suite 2300
       Chicago, Illinois 60654
       Phone: 312.464.6158
       Fax: 312.276.8787
       dnewman@loeb.com

       **ATTORNEYS FOR TRANSUNION INTELLIGENCE, LLC and TRANS UNION LLC**

## **CERTIFICATE OF INTEREST**

Pursuant to Federal Circuit Rule 47.4, counsel for appellant, Transunion Intelligence LLC certifies that:

1. The full name of every party or amicus represented by me is:

   Transunion Intelligence LLC

   Trans Union LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party of amicus curiae represented by me are:

   Transunion Intelligence LLC is wholly owned by Trans Union LLC. No publicly held company owns 10% or more of the stock of either Transunion Intelligence LLC or Trans Union LLC.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   Jackson Walker, LLP
   Adolph Locklar
   Arnstein & Lehr LLP
   Bassford Remele, PA
   Glen M. Boudreaux
   Tim Leonard

Crystal J. Parker
David L. Newman
Christopher R. Morris
Jonathan C. Marquet
Lewis A Remele, Jr.
Michael G. Locklar
Susan E. Gustad
Thomas H. Adolph

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6th, 2014, I electronically filed the foregoing with the Court's CM/ECF filing system and served counsel for the Appellees via email with the Court's CM/ECF filing system.

/s/ Glen M. Boudreaux
*Counsel for Appellants*