# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 2014-1329

### TRANSUNION INTELLIGENCE LLC, TRANS UNION, LLC,

*Plaintiffs – Appellants*,

v.

### SEARCH AMERICA, INC.,

*Defendant – Appellee*.

### APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA IN CASE NO. 0:11-CV-01075-PJS-FLN, JUDGE PATRICK J. SCHILTZ.

### APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND BRIEF OF APPELLANTS

Appellants respectfully move the Court for leave to submit an amended Brief of Appellants to amend citations to the Joint Appendix. The parties have agreed to certain revisions to the Joint Appendix, but in order to make the revisions Appellants need to revise the citations to the Joint Appendix in the Brief to conform to the changes. Appellee has indicated it is not opposed to this Motion. Appellants therefore respectfully request that the Court grant Appellants' Unopposed Motion for Leave to Amend Brief of Appellants.

Respectfully Submitted,

**JACKSON WALKER LLP**

By /s/ Glen M. Boudreaux
Glen M. Boudreaux
Texas Bar No. 02696500
Crystal J. Parker
Texas Bar No. 24051432
1401 McKinney, Ste. 1900
Houston, TX 77010
Telephone: (713) 752-4200
Fax: (713) 752-4221

**ADOLPH LOCKLAR**

Michael Locklar
Texas Bar No. 24010194
4615 Southwest Freeway Suite 630
Houston, TX 77027
Telephone: (832) 830-8945
Fax: (832) 830-8958

**ARNSTEIN & LEHR LLP**

David L Newman
Illinois State Bar No.6210912
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910
Phone: 312.876.7184
Fax: 312.876.7348

**ATTORNEYS FOR TRANSUNION INTELLIGENCE, LLC and TRANS UNION LLC**

# **CERTIFICATE OF INTEREST**

Pursuant to Federal Circuit Rule 47.4, counsel for appellant, Transunion Intelligence LLC certifies that:

1. The full name of every party or amicus represented by me is:

    Transunion Intelligence LLC

    Trans Union LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party of amicus curiae represented by me are:

    Transunion Intelligence LLC is wholly owned by Trans Union LLC.  No publicly held company owns 10% or more of the stock of either Transunion Intelligence LLC or Trans Union LLC.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Jackson Walker, LLP
    Adolph Locklar
    Arnstein & Lehr LLP
    Bassford Remele, PA
    Glen M. Boudreaux
    Tim Leonard

Crystal J. Parker
David L. Newman
Christopher R. Morris
Jonathan C. Marquet
Lewis A Remele, Jr.
Michael G. Locklar
Susan E. Gustad
Thomas H. Adolph

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 8th, 2014, I electronically filed the foregoing with the Court's CM/ECF filing system and served counsel for the Appellees via email with the Court's CM/ECF filing system.

/s/ Glen M. Boudreaux
*Counsel for Appellants*